UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

FILED
June 27, 2024
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>TANYA DURELLE LAWSON,<br><br>    Defendant. | Case No.  2:24-cr-00164-TLN<br><br>**ORDER FOR RELEASE OF PERSON IN CUSTODY** |

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release  TANYA DURELLE LAWSON ,

Case No.  2:24-cr-00164-TLN , Charge 21 USC 846, 841(a)(1), from custody for the

following reasons:

\_\_\_\_\_   Release on Personal Recognizance

\_\_\_\_\_   Bail Posted in the Sum of $ _____

    X   Unsecured Appearance Bond $ 50,000.00

\_\_\_\_\_   Appearance Bond with 10% Deposit

\_\_\_\_\_   Appearance Bond with Surety

\_\_\_\_\_   Corporate Surety Bail Bond

    X   (Other):  Defendants release is delayed until 07/08/2024 at 9:00 AM.

\_\_\_\_\_   Sacramento County Jail is further ORDERED to release the defendant with a 30-day supply of any medications the defendant is receiving from the jail.

Issued at Sacramento, California on June 27, 2024 at 3:00 PM.

By: *Allison Claire*

Magistrate Judge Allison Claire