JOHN R. MANNING (SBN 220874)
ATTORNEY AT LAW
4005 Manzanita Ave, Suite 6-8
Carmichael, CA 95608
(916) 444-3994
jmanninglaw@yahoo.com

Attorney for Defendant
TANYA D. LAWSON

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>TANYA D. LAWSON,<br><br>    Defendant. | No. CR-S-24-0164-TLN<br><br>[PROPOSED] ORDER TO MODIFY DEFENDANT'S RELEASE CONDITIONS |

Defendant Tayna Lawson's unopposed request to modify the Special Conditions of her release is granted. Ms. Lawson's Special Condition of Release (ECF 54) is hereby modified consistent with the Amended Special Conditions attached to Ms. Lawson's unopposed motion to modify her release conditions.

IT IS SO ORDERED

Dated: October 1, 2024

_____
Hon. Chi Soo Kim
United States Magistrate Court

1